## Simmons, Appellant, *v.* Doll's Garage, Inc.

Argued May 26, 1970. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Allen H. Smith,* for appellant.

*Robert J. Stewart,* with him *Liverant, Senft and Cohen,* for appellee.

OPINION PER CURIAM, October 9, 1970:
Judgment affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.